**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF ILLINOIS**

|  |  |
|---|---|
| AMERICAN HOSPITAL ASSOCIATION and HEALTH FORUM, LLC, <br><br>                     Plaintiffs, <br><br> v. <br><br> CRANEWARE, INC., <br><br>                 Defendant. | CASE NO.: 1:12-cv-08419 <br><br> JURY TRIAL DEMANDED |

<u>**COMPLAINT AND JURY DEMAND**</u>

Plaintiffs American Hospital Association ("AHA") and Health Forum, LLC, ("Health Forum") (collectively "Plaintiffs") by and through its undersigned counsel, bring this action against Defendant Craneware, Inc. ("Defendant" or "Craneware") for injunctive relief and damages under the laws of the United States, the State of Illinois, and in support thereof states as follows:

<u>**THE PARTIES**</u>

1.     Plaintiff American Hospital Association is a non-profit corporation organized under the laws of the state of Illinois with its principal place of business at 155 N. Wacker Drive, Suite 400, Chicago, IL 60606.

2.     Plaintiff Health Forum, a wholly owned subsidiary of AHA, is a limited liability company organized under the laws of the state of Illinois with its principal place of business at 155 North Wacker Drive, Suite 400, Chicago, IL 60606.

3.     Upon information and belief, Defendant Craneware, Inc. is a Florida corporation with its principal place of business at 3340 Peachtree Road, N.E. Suite 850 Atlanta, Georgia 30326.

## NATURE OF ACTION AND JURISDICTION

4.      This is an action for infringement of federally registered copyrights in violation of the Copyright Act, 17 U.S.C. § 501 and for breach of contract in violation of the law of the State of Illinois.

5.      This Court has jurisdiction over this action pursuant to 28 U.S.C. §§ 1331 and 1338(a) because this is a civil action arising under an Act of Congress relating to copyright.  This Court has supplemental jurisdiction over the Illinois state claims pursuant to 28 U.S.C. § 1367(a), because such claims are so related to the federal claims that they form part of the same case or controversy and derive from a common nucleus of operative facts.

6.      Venue is proper in this court pursuant to 28 U.S.C. §§ 1391(b) because Defendant has sold software and/or conducted business that uses software containing the infringing content, in violation of the terms of its contracts with Health Forum, throughout the United States, including within this judicial district, such that the claims alleged in the Complaint arose, in part, in the Northern District of Illinois, and because this Court has personal jurisdiction over Defendant in the Northern District of Illinois.

## FACTS

### The Official UB-04 Data Specification Manual

7.      In 1975, AHA formed its National Uniform Billing Committee to start the process of creating a single, standard billing form and data set that could be used nationwide by institutional providers and payers to process health care claims.

8.      AHA spent seven years and invested considerable effort and resources in creating a standard billing form and supporting materials.

9.     AHA's billing form identifies a core set of data about services provided to the patient, the clinical basis for treatment, related events surrounding the patient's care, and other information needed by third-party payers.  Each of these data elements is assigned a numbered space on the form.

10.     AHA created fourteen sets of codes that are used to complete certain numbered spaces on the billing form.  These codes represent important information about the claim, such as the type of facility in which treatment was provided, the patient's condition, the patient's discharge status, the diagnosis and procedures performed, and any specific accommodation, ancillary service or special billing calculations or arrangements.

11.     AHA's Official Data Specifications Manual provides instructions for completing each numbered space on the billing form, including through detailed explanations of the fourteen sets of codes.

12.     Since creating the first uniform billing form and associated Official Data Specifications Manual, AHA has spent considerable time, effort and resources updating the form, as well as the associated codes and manuals.

13.     The most recent version of the billing form and associated materials were approved in 2004 and published in 2006.  This billing form is referred to as the UB-04 form. The associated manual is referred to as Official UB-04 Data Specifications Manual.  The fourteen sets of codes are referred to as the UB-04 codes.

14.     The UB-04 form is currently used by all providers for reimbursement from payers.

15.     Every year since 2006, AHA has published a new edition of the Official UB-04 Data Specifications Manual that incorporates all changes in the data specifications and codes that were adopted during that year.

16.     AHA makes copies of the current edition of the Official UB-04 Data Specifications Manual available for sale to healthcare providers and other interested entities through Health Forum, AHA's publishing, data and information subsidiary.

**AHA's Copyright Registrations and Ownership of Underlying Content**

17.     AHA owns the copyright in the Official UB-04 Data Specifications Manual and all of the codes contained therein.

18.     AHA secured a copyright registration for the 2007 edition of the Official UB-04 Data Specifications Manual effective September 24, 2012, Registration No. TX 7-577-264.

19.     AHA secured a copyright registration for the 2010 edition of the Official UB-04 Data Specifications Manual effective September 14, 2009, Registration No. TX 7-128-304. AHA filed its copyright application within three months of the first publication of the 2010 edition of the Official UB-04 Data Specifications Manual.

20.     AHA secured a copyright registration for the 2011 edition of the Official UB-04 Data Specifications Manual effective August 27, 2010, Registration No. TX 7-240-631. AHA filed its copyright application within three months of the first publication of the 2011 edition of the Official UB-04 Data Specifications Manual.

21.     AHA secured a copyright registration for the 2012 edition of the Official UB-04 Data Specifications Manual effective July 22, 2011, Registration No. TX 7-406-701. AHA filed its copyright application within three months of the first publication of the 2012 edition of the Official UB-04 Data Specifications Manual.   Copies of the Certificates of Registration for the

2007 and 2010-2012 editions of the Official UB-04 Data Specifications Manual are attached as Exhibit A hereto.

22.     AHA secured a copyright registration of a data file that includes only the code values and code titles (also referred to as the "short descriptions") for each of the fourteen codes contained within the Official UB-04 Data Specifications Manual effective May 4, 2012, Registration No. TX-7-538-546.  A Certificate of Registration has not yet been issued by the Copyright Office.  A copy of a printout from the U.S. Copyright Office's website showing the registration information is attached as Exhibit B hereto.

23.     AHA applied to register the 2013 edition of the Official UB-04 Data Specifications Manual on July 16, 2012.  The U.S. Copyright Office has not yet processed AHA's application.  A copy of the receipt for this application is attached as Exhibit C hereto.

**Defendant Obtained Copies of the 2012 and 2013 Editions
of the UB-04 Manual Pursuant to License Agreements**

24.     Individual copies of the Official UB-04 Data Specifications Manual, which include a single user license, can be purchased from Health Forum through the Internet.

25.     Every year since 2007, Defendant has purchased at least one copy of the then-current edition of the Official UB-04 Data Specifications Manual through the Internet.

26.     Anyone purchasing copies of the 2007, 2008, 2009, 2010, or 2011 editions of the Official UB-04 Data Specifications Manuals through the Internet was required to complete an order form that specified that the UB-04 Manual subscription provides only a single user license.

27.     Defendant purchased the 2007, 2008, 2009, 2010, and 2011 editions of the Official UB-04 Data Specifications Manual and was put on notice that AHA owned the copyright and that it had only a single user license for each of these editions of the Official UB-04 Data Specifications Manual.

28.     Anyone purchasing a subscription to the 2012 edition of the Official UB-04 Data Specifications Manual through the Internet was required to click through an agreement ("2012 Edition License Agreement").

29.     The 2012 Edition License Agreement stated that the UB-04 codes, descriptions and other data contained in the Official UB-04 Data Specifications Manual were protected by copyright owned by AHA.

30.     The 2012 Edition License Agreement further stated that by clicking on the link provided, the purchaser confirmed that the UB-04 Manual subscription was licensed to a single user and that under the terms of the single user license, materials from the UB-04 Manual could not be "recompiled, manipulated, published in another format or used to prepare derivative works" without a license.

31.     After confirming the terms of the 2012 Edition License Agreement, the purchaser would pay for the single user subscription to the 2012 edition of the Official UB-04 Data Specifications Manual.  A copy of the 2012 Edition License Agreement is attached as Exhibit D hereto.

32.     The purchaser would then receive an invitation email from the AHA to begin the subscription process, which once again required the purchaser to confirm understanding of the terms of the 2012 Edition License Agreement.

33.     Only after consenting to the 2012 Edition License Agreement, accepting the invitation, and activating the account could the purchaser access the 2012 edition of the Official UB-04 Data Specifications Manual.

34.     Defendant agreed to the terms of the 2012 Edition License Agreement when it purchased, accepted its invitation to, and activated its subscription to the 2012 edition of the Official UB-04 Data Specifications Manual in 2011.

35.     Anyone purchasing a subscription to the 2013 edition of the Official UB-04 Data Specifications Manual through the Internet must affirmatively agree to the terms of an End User License Agreement ("2013 Edition License Agreement") with Health Forum.  A copy of the End User License Agreement is attached as Exhibit E hereto.

36.     The 2013 Edition License Agreement states that the licensee obtains a single user license and specifies that the single user license to use the licensed content is for internal business purposes only.  The 2013 Edition License Agreement explicitly states that the licensee may not create derivative works of the licensed content or incorporate the licensed content into commercial products.

37.     The 2013 Edition License Agreement provides that the licensee acknowledges and agrees that Health Forum and AHA own the copyright in the products, data and material that the licensee purchases and that the licensee will not challenge Health Forum and AHA's proprietary rights in or such products, data, and material.

38.     The 2013 Edition License Agreement requires persons who are interested in using content from the 2013 edition of the Official UB-04 Data Specifications Manual for any purpose other than single user reference, including, but not limited to, use of the codes or other content in healthcare management and billing software, must enter into a separate license agreement with Health Forum.

39.     Defendant agreed to the terms of the 2013 Edition License Agreement when it purchased and accessed a subscription to the 2013 edition of the Official UB-04 Data Specifications Manual in 2012.

### Defendant's Business and Its Unlawful Conduct

40.     According to Defendant's website, Defendant is in the business of developing, promoting, advertising, distributing and selling healthcare financial management software.

41.     According to Defendant's website, Defendant's software is used by healthcare organizations to assist them with coding, pricing, charging, and recovering revenue for patient care services and supplies.

42.     According to Defendant's website, approximately one quarter of all registered hospitals in the United States have used Defendant's software, including hospitals located within the Northern District of Illinois.

43.     Defendant had access to and is using in its software content that is the same as or substantially similar to content from multiple editions of the Official UB-04 Data Specifications Manual, including but not limited to the short descriptions and revenue codes ("Infringing Content").

44.     For example, Defendant advertises on its website that customers of its Online Reference Toolkit product can search and/or view UB-04 revenue codes.

45.     Additionally, Defendant advertises its Insight Workflow and Claim Editor product as "a virtual UB-04 editor with the ability to review, repair, and revalidate claims," which allows customers to verify that its claims are valid and will be accepted by the payer.

46.     AHA has not consented to or authorized in any way Defendant's use of the Infringing Content in Defendant's software and/or products.

47.     Upon information and belief, Defendant updates its software to reflect changes that are made to the Official UB-04 Data Specifications Manual every time AHA releases a new edition.

48.     Since November 2011, representatives of AHA have repeatedly informed Defendant that they had become aware that Defendant was using Infringing Content from the Official UB-04 Data Specifications Manual in at least two of its software products without authorization and that Defendant was required to enter into a license agreement with AHA or its subsidiaries if it wanted to continue to use such content.

49.     Defendant failed to respond meaningfully to AHA's repeated invitations to discuss the terms of a license agreement that would allow Defendant to continue to use content from the Official UB-04 Data Specifications Manual in its software.

50.     On June 1, 2012, counsel for Plaintiffs sent Defendant a letter via Federal Express and e-mail in which it reiterated that Defendant must enter into a license agreement with AHA or Health Forum to continue using content from the Official UB-04 Data Specifications Manual and to account for its unauthorized past use of such content.  This letter requested a response by June 15, 2012.

51.     A lawyer purporting to represent Defendant responded to this letter saying that he would be responding on Defendant's behalf but would need some additional time to do so.

52.     Neither Plaintiffs nor their counsel has received a substantive response to the June 1, 2012 letter, despite numerous attempts to contact Defendant and its counsel.  As a result, Plaintiffs have no choice but to proceed with filing this suit to protect their intellectual property rights.

**COUNT I**
**COPYRIGHT INFRINGEMENT UNDER 17 U.S.C. § 501**

53.     Plaintiffs incorporate by reference the allegations contained in paragraphs 1 through 52 of this Complaint.

54.     AHA owns all right, title and interest in and to the copyrights in each of the editions of the Official UB-04 Data Specifications Manual and all content contained therein.

55.     AHA has obtained copyright registrations for the 2007, 2010, 2011, and 2012 editions of the Official UB-04 Data Specifications Manual and for the fourteen code sets contained therein.  AHA has submitted an application for a copyright registration for the 2013 edition of the Official UB-04 Data Specifications Manual.

56.     Defendant has infringed upon AHA's copyrights in each of the editions of the Official UB-04 Data Specifications Manual listed in paragraph 55 above and the UB-04 codes contained therein by copying, publishing and/or incorporating Infringing Content from each of these editions of the Official UB-04 Data Specifications Manual in its software.

57.     The aforesaid acts of Defendant constitute multiple counts of copyright infringement in violation of in violation of 17 U.S.C. § 501.

58.     Defendant's infringement, including but not limited to Defendant's use of the Infringing Content after notice that AHA owned the copyright in each edition of the Official UB-04 Data Specifications Manual and Defendant's continued unauthorized use of Infringing Content after it was notified by AHA of the need to enter into a license agreement, was willful and intentional.

## COUNT II
## BREACH OF 2012 EDITION CONTRACT

59.     Plaintiffs incorporate by reference the allegations contained in paragraphs 1 through 58 of this Complaint.

60.     The 2012 Edition License Agreement was a valid and binding contract between Defendant and Health Forum.

61.     Health Forum performed all of its obligations under the 2012 Edition License Agreement.

62.     Defendant committed a material breach of the 2012 Edition License Agreement by recompiling and publishing content from the 2012 edition of the Official UB-04 Data Specifications Manual in its commercial products.

63.     Defendant's breach of the 2012 Edition License Agreement has caused and is causing Health Forum substantial damages, in an amount to be proven at trial.

## COUNT III
## BREACH OF 2013 EDITION CONTRACT

64.     Plaintiff incorporate by reference the allegations contained in paragraphs 1 through 63 of this Complaint.

65.     The 2013 Edition License Agreement was a valid and binding contract between Defendant and Health Forum.

66.     Health Forum performed all of its obligations under the 2013 Edition License Agreement.

67.     Defendant committed a material breach of the 2013 Edition License Agreement by using content from the 2013 edition of the Official UB-04 Data Specifications Manual for a purpose other than internal business purposes, including by incorporating such content into its commercial products.

68.     Defendant's breach of the 2013 Edition License Agreement has caused and is causing Health Forum substantial damages, in an amount to be proven at trial.

**WHEREFORE**, Plaintiffs request that judgment be entered in their favor and against Defendant as follows:

A.   Permanently enjoining Defendant, its successors, officers, agents and employees, and anyone acting in active concert or participation with or at the behest or direction of Defendant, from using the Infringing Content and any other content that is substantially similar to content contained in the Official UB-04 Data Specifications Manual in its software without Plaintiffs' authorization;

B.   Ordering that all software comprised of or containing the Infringing Content be recalled, disabled and/or destroyed and that all Internet web sites promoting Defendant's use of the Infringing Content be removed permanently;

C.   Declaring that Defendant's unauthorized use of the Infringing Content infringes the multiple copyrights owned by AHA;

D.   Declaring that Defendant's infringement was intentional and willful;

E.   Awarding AHA actual damages and all profits derived from Defendant's unauthorized use of the Infringing Content or, where applicable and at Plaintiff's election, statutory damages;

F.   Awarding Health Forum the damages caused by Defendant's material breach of Defendant's contracts with Health Forum;

G.   Assessing Plaintiffs' costs of this action and Plaintiffs' attorneys' fees against Defendant; and

H.   Ordering or awarding any other such relief the Court deems just and proper.

## <u>DEMAND FOR JURY TRIAL</u>

Plaintiffs hereby make a demand for a trial by jury on all issues triable to a jury.

Respectfully submitted,

Dated:  October 19, 2012

/s/ *Jason C. White*
Jason C. White
MORGAN, LEWIS & BOCKIUS LLP
77 West Wacker Drive
Chicago, IL 60601-5094
Telephone: 312.324.1775
Facsimile: 312.324.1001
Email: jwhite@morganlewis.com

*Attorney for Plaintiffs American Hospital Association and Health Forum, LLC*